**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| BELLA INVESTMENT PROPERTIES, LLC | Case No. 25-13573 |
| Debtor | |

**CERTIFICATE OF SERVICE OF NOTICE**
**TO CREDITORS WITH AN INTEREST IN CASH COLLATERAL**

Pursuant to Local Rule 1007-1, Bella Investment Properties, which filed its chapter 11 petition on September 8, 2025, notified the following creditor who is known to have or possibly have an interest in cash collateral.

| **Creditor** | **Date of Notice** | **Method of Notice** |
|---|---|---|
| Tioga-Franklin Savings Bank | 9/8/2025 | Email to counsel |

SMITH KANE HOLMAN, LLC

Date:  September 8, 2025

By: */s/ Nicholas M. Engel*
Nicholas M. Engel, Esquire
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Proposed counsel to the Debtor*